No. 1366.  George Ball v. Lenora Schaffer.  This case was
before the court at the December term, 1883, and sub-
stantially all the questions now raised by the assignments of
error were then involved in the cause and decided.  Ball v.
Schaffer, 14 Bradwell, 302.  The decree of the circuit court was
then affirmed, as to all matters in controversy between the
parties, except as to the damages awarded for the detention
of dower, and on that particular point the decree was
reversed and the cause remanded for further proceedings in
conformity with the opinion of the court.  It is admitted by
appellant that the action of the court below, upon the
remanding, is in substantial compliance with the expressed
views of this court.  The cause must be considered by the
former adjudication, at least so far as this court is concerned.
That adjudication covered the merits of the controversy in all
its bearings, and the only matters we could now properly re-
view would be the proceedings subsequent to the remanding
of the cause ; it is not contended such proceedings were not
in conformity with the mandate of the court.  Hollowbush v.
McConnel, 12 Ill. 203 ; Cook v. Norton, 61 Id. 285 ; Newberry
v. Blatchford, 106 Id. 584.  The decree is affirmed.  Opinion
by BAKER, J.  Judge below, JOHN BURNS.  Attorneys for
appellant, Messrs. BARNS & BARNS ; for appellee, Mr. F. S.
POTTER.  Opinion filed Dec. 4, 1885.